# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLIAM KEITH McMINN, JR.**                                                          **PLAINTIFF**

v.                                       No. 3:15-cv-25-DPM-JCW

**BLANCHARD, Doctor, Greene County
Detention Center; GREENE COUNTY
DETENTION CENTER; DOES, Does, Nurse
"Sammie" and Jail Administration, Greene
County Detention Center**                                                              **DEFENDANTS**

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Grievance-process and law-library claims dismissed without prejudice. All claims against the Greene County Detention Center are dismissed without prejudice and the Center is dismissed as a party.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2015