**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIAM KEITH MCMINN, JR.                                              PLAINTIFF

V.                            NO: 3:15CV00025 DPM/JWC

BLANCHARD *et al.*                                                    DEFENDANTS

## ORDER

On April 24, 2015, mail sent to Plaintiff at his address of record was returned as undeliverable (docket entry #8). Accordingly, Plaintiff is directed to provide, no later than 30 days after this order's entry date, his current mailing address. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 27th Day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE