## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

WILLIAM KEITH MCMINN, JR.                                                         PLAINTIFF

V.                                     NO: 3:15CV00025 DPM/JWC

STEVEN BLANCHARD *et al*                                                         DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff William Keith McMinn, Jr., filed a *pro se* complaint on January 26, 2015.  On April 27, 2015, after mail sent to Plaintiff at his address of record was returned as undeliverable, the Court entered an order directing him to provide his current mailing address within 30 days, and warned him that his failure to do so would result in the recommended dismissal of his complaint (docket entry #9).  More than 30 days have passed, and Plaintiff has not provided an updated address or

otherwise responded to the order.  The Arkansas Department of Correction and Federal Bureau of

Prisons public websites do not list Plaintiff as a current inmate.  Under these circumstances, the

Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to

comply with Local Rule 5.5(c)(2), and failure respond to the Court's order.  *See Miller v. Benson*,

51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case

for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply

with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE