IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM KEITH McMINN, JR.                                              PLAINTIFF

v.                              No. 3:15-cv-25-DPM-JWC

STEVEN BLANCHARD, Doctor, Greene County
Detention Center; and DOES, Does, Nurse
"Sammie" and Jail Administration, Greene
County Detention Center                                               DEFENDANTS

ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 June 2015