IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM KEITH McMINN, JR.                                              PLAINTIFF

v.                              No. 3:15-cv-25-DPM

STEVEN BLANCHARD, Doctor, Greene County
Detention Center; GREENE COUNTY
DETENTION CENTER; DOES, Does, Nurse
"Sammie" and Jail Administration, Greene
County Detention Center                                              DEFENDANTS

## JUDGMENT

McMinn's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

23 June 2015